# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SA CV 20-00412-DFM | Date: | January 31, 2024 |
|---|---|---|---|
| Title | Ruben Paul Gonzales v. China Station et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause

In February 2020, Plaintiff filed a lawsuit alleging violations of the Americans with Disabilities Act by Defendants China Station, China Station Restaurant Inc., and James Karubian. See Dkt. 1. In October 2020, Plaintiff dismissed the case after the parties settled. See Dkt. 16.

In November 2020, Plaintiff moved to reopen the case against Karubian on the ground that he did not send his portion of the settlement payment. See Dkt. 17. In December 2020, the Court granted Plaintiff's motion and allowed the case to proceed against Karubian. See Dkt. 20. Since then, no action has been taken.

It is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is ordered to show cause within seven (7) days why this case should not be dismissed for failure to prosecute. Plaintiff's filing of an application for default judgment or motion to dismiss this case is sufficient to discharge this order.